## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Favio T. Rodríguez Velázquez, Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, hereinafter referred to as "ATF", being duly sworn, depose and state as follows:

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States empowered by law to conduct investigations and make arrests upon violations of the offenses enumerated in Title 18, United States Code, Section 2516.

2. I am a Task Force Officer with the ATF in San Juan, Puerto Rico, and have been so for the past seven (7) years. Prior to becoming a Task Force Officer, I worked over twenty-two (22) years as an Internal Revenue Agent for the Puerto Rico Treasury Department (Departamento de Hacienda).

3. I am currently assigned to the ATF High Intensity Drug Trafficking Area (HIDTA) group. As part of the HIDTA Group, I conduct investigations of drug trafficking, firearms, and narcotics violations. I have specialized training and/or experience in the area of high-level drug enforcement, street-level drug enforcement, narcotics smuggling and distribution, gangs, undercover operations, surveillance and debriefing informants and suspects.

4. All reference herein to any experience refers to experience gained through training, conducting firearms and controlled substances investigations, and participating in those investigations with other experienced investigators, as well as conversations with other law enforcement officers.

5. I am personally familiar with the facts and circumstances surrounding this investigation and with the information contained in this Affidavit, either through personal participation investigation or through discussions with other law enforcement officers and other ATF TFO with personal knowledge of the facts. Since this affidavit is submitted only for the limited purpose of securing the warrant sought, I have not set forth every fact known to me concerning this investigation. I have included what I believe are the facts sufficient to establish probable cause for the warrant sought.

6. Based on my training and experience and the facts set forth below in this affidavit, there is probable cause to believe Omar SOSA-GONZALEZ violated Title 18 U.S.C. §§ 922(g)(1).

1

**FACTS SUPPORTING PROBABLE CAUSE**

7. On March 8, 2025, at approximately 11:10am Agents of the Carolina Municipal Police Department (MCPD) responded to a traffic accident in the Roberto Clemente Street intersection with route 66 in Carolina, Puerto Rico.

8. MCPD Agents proceeded to interview the individuals involved in the accident. When MCPD Agents interviewed Omar SOSA-GONZALEZ, who was the driver responsible for accident, MCPD Agents noticed SOSA-GONZALEZ had a black fanny pack hanging from one of his shoulders that was partially open and saw what they recognized as the barrel of a firearm protruding from the fanny pack.

9. MCPD Agents asked SOSA-GONZALEZ if he had a firearm license, to which SOSA-GONZALEZ replied he did not have one. MCPD Agents placed SOSA-GONZALEZ under arrest and read him his constitutional rights.

10. MCPD Agents seized from SOSA-GONZALEZ's person:
    - One (1) Black fanny pack with Nike emblem.

11. From inside the Nike fanny pack, among other items, MCPD Agents seized:
    - one (1) black Glock pistol, model 23 gen 4, .40 cal., S/N: PZR992, loaded with one (1) Glock magazine with 15 rounds of ammunition capacity;
    - one (1) additional Glock magazine of 13 rounds of ammunition capacity; and
    - a total of twenty-three (23) rounds of .40 cal. Ammunition.



12. The mother of SOSA-GONZALEZ arrived at the accident area and, when she saw

SOSA-GONZALEZ had been arrested, she told him that he was in trouble because he was on federal probation.

13. Later, after waiving his rights, SOSA-GONZALEZ told ATF Agents that he had 3 moths left of federal probation.

14. SOSA-GONZALEZ's Probation Officer corroborated that SOSA-GONZALEZ had been convicted of a felony punishable by more than one year in prison and is still serving a term of supervised release for federal firearm offenses (Case No. 17-247FAB).

15. The investigation further revealed that no firearms or ammunition, including the type described above, are manufactured in Puerto Rico and therefore, the investigation concluded that the firearm had been shipped or transported in interstate or foreign commerce.

## CONCLUSION

16. Based on my training and experience and the facts set forth below in this affidavit, there is probable cause to believe Omar SOSA GONZALEZ violated Title 18 U.S.C. §§ 922(g)(1).

17. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge this March 9, 2025.

FAVIO RODRIGUEZ-VELAZQUE
Digitally signed by FAVIO RODRIGUEZ-VELAZQUE
Date: 2025.03.09 09:32:18 -04'00'

Favio T. Rodríguez Velazquez
Task Force Officer
Bureau of Alcohol, Tobacco,
Firearms and Explosives (ATF)

Sworn in accordance with FRCP 4.1 at 11:12 am on the 9th day of March of 2025.

Hector Ramos-Vega
United States Magistrate Judge
District of Puerto Rico